# IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 070PA16-2 | State v. Nicolas Olivares Pineda | Def's PDR Under N.C.G.S. § 7A-31 (COA15-800-2) | Denied |
| 081P16 | In the Matter of A.B., J.B. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA15-910) | Denied |
| 084P15-4 | State v. Curtis Louis Sangster | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 086A16 | In re Redmond | State's Motion for Withdrawal and Substitution of Counsel | Allowed **10/21/2016** |
| 087A16 | In re Hughes | State's Motion for Withdrawal and Substitution of Counsel | Allowed· **10/21/2016** |
| 088P15-4 | State v. Mason W. Hyde | 1. Def's *Pro Se* Motion for Objection<br><br>2. Def's *Pro Se* Motion for Petition for Writ of Error | 1. Dismissed<br><br>2. Dismissed<br><br>**Ervin, J., recused** |
| 088A16 | In re Smith | State's Motion for Withdrawal and Substitution of Counsel | Allowed **10/21/2016** |
| 104P11-8 | State v. Titus Batts | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | Dismissed<br><br>**Ervin, J., recused** |
| 107P98-5 | State v. Randolph Wilson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Warren County<br><br>2. Def's *Pro Se* Motion for *De Novo* Review | 1. Denied<br><br><br>2. Denied<br><br>**Ervin, J., recused** |
| 118P15-2 | State v. Victor Adrian Gutierrez | 1. Def's *Pro Se* Motion for PDR (COAP15-65)<br><br>2. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 1. Dismissed<br><br>2. Dismissed as moot |
| 121P16-2 | State v. Damario Montreal Coxton | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-575-2)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Deem PDR Timely Filed<br><br>4. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as moot |